### KEELER vs. SHEARS.

A party obtaining leave to amend a pleading demurred to, will be required to pay the costs of the demurrer, and of opposing motion to amend.

June 9.      To a plea of *infancy*, the plaintiff replied that the defendant, after he *attained* the age of 21 years, promised, &c. In the copy replication served on the defendant's attorney, the word *allowed* was substituted for *attained*, by a clerical mistake. The defendant demurred, and served a demurrer-book on the plaintiff's attornies when the error was discovered, and the plaintiff now applies for leave to amend. Leave was granted on payment of the costs of the demurrer, and of resisting this motion.